```
                                                    NO JS-6
                                                    FILED
                                            CLERK, U.S. DISTRICT COURT

                                                    MAR 30 2011

                                            CENTRAL DISTRICT OF CALIFORNIA
                                            BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO PASSARELLI, et al., | No. CV 10-9972 CBM (CW) |
| Plaintiffs, | JUDGMENT |
| v. | |
| NEW CENTURY MORTGAGE CORP, et al., | |
| Defendants. | |

Consistent with the Court's Order Granting Defendant Barclays Capital Reasl Estate, Inc. dba Homeq Servicing's ("Homeq") Motion to Dismiss, issued herewith, Judgment is hereby entered in favor of Defendant Homeq on Plaintiff Alejandro A. Passarelli and Maria D. Passarelli's Truth in Lending Act claim.

**IT IS HEREBY ORDERED.**

DATED: March 30, 2011       By _____
                               CONSUELO B. MARSHALL
                               UNITED STATES DISTRICT JUDGE

1